# United States Court of Appeals
## For the First Circuit

No. 20-1843

FRIEDRICH LU,

Plaintiff - Appellant,

v.

JOSEPH STANTON; LENA WONG; JULIE GOLDMAN; PAUL TUTTLE; ANN THOMAS; PATRICIA RYLE; NANCY MARTINS; WALTER F. TIMILITY; MARK V. GREEN; C. JEFFREY KINDER; FOR THE RECORD, INC.; MASSACHUSETTS COURT SYSTEM,

Defendants - Appellees.

**MANDATE**

Entered: March 22, 2021

In accordance with the judgment of March 1, 2021, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Andrew J. Haile
Friedrich Lu
Gareth W. Notis